**Mastercraft Lamp Company, Plaintiff-Appellant, v. Ted Mortek, Defendant-Appellee.**

**Gen. No. 48,636.** 

First District, Second Division.

May 9, 1962.

Charles R. Markels, of Chicago, for appellant; John C. Friese, of Chicago, for appellee. Opinion by MR. JUSTICE BRYANT. Not to be published in full.